| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Eifert, Cheryl A. | 2. Court or Organization District Court - West Virginia | 3. Date of Report 05/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Sidney L. Christie Federal Building
845 Fifth Avenue, Room 109
Huntington, West Virginia 25701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Offutt, Nord & Burchett, PLLC ( Member, Self-Employed Attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Offutt, Nord and Burchett, PLLC Retirement Plan | 401(k) loan secured by vested interest | J |
| 2. | John Deere | Loan secured by John Deere tractor purchased during 2015 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank Accounts | A | Interest | M | T | | | | | |
| 2. Chase Bank Account | A | Interest | J | T | | | | | |
| 3. BB&T Bank Account | A | Interest | J | T | | | | | |
| 4. Northwestern Mutual Life - 6 Whole Life Policies | E | Dividend | P1 | T | | | | | |
| 5. WV Smart 529 Plan #1- 16 to 17 Age Based Strategy | | None | K | T | Distributed (part) | 05/17/17 | J | | |
| 6. | | | | | Distributed (part) | 11/20/17 | J | | |
| 7. WV Smart 529 Plan #2 - 9 to 13 Age Based Strategy | | None | L | T | Buy (add'l) | 05/23/17 | J | | |
| 8. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 9. Mineral Rights, Calhoun Cty., WV | A | Royalty | J | W | | | | | |
| 10. Offutt, Nord & Burchett, PLLC Retirement Plan #1 (H) | | | | | | | | | |
| 11. - Voya IntermediateBond Port 1 | | None | K | T | | | | | |
| 12. - Voya Solution Income Portfolio Adv. | | None | K | T | | | | | |
| 13. - Voya Solution 2055 Portfolio Adv. | | None | K | T | | | | | |
| 14. - American Funds Income Fund R3 | | None | K | T | | | | | |
| 15. - Vanguard VIF Diversified Value Portfolio | | None | K | T | | | | | |
| 16. - Voya Russell Lrg Cap Index Port 1 | | None | K | T | | | | | |
| 17. - American Funds Growth Fnd R3 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - VY TRowePrice Divr MdCp Gr Pt 1 | | None | K | T | | | | | |
| 19.    - American Funds Europacific R3 | | None | J | T | | | | | |
| 20.    Northwestern Mutual Variable Annuity (H) | | | | | | | | | |
| 21.    - Equity Income (MSA/T Rowe Price) B | | None | J | T | Sold | 06/01/17 | J | | |
| 22. | | | | | Buy | 06/01/17 | J | | |
| 23. | | | | | Sold | 12/01/17 | J | | |
| 24. | | | | | Buy | 12/01/17 | J | | |
| 25.    - Index 500 Stock (MSA) B | | None | J | T | Sold | 06/01/17 | J | | |
| 26. | | | | | Buy | 06/01/17 | J | | |
| 27. | | | | | Sold | 12/01/17 | J | | |
| 28. | | | | | Buy | 12/01/17 | J | | |
| 29.    - Mid-Cap Value (MSA/American Century) B | | None | J | T | Sold | 06/01/17 | J | | |
| 30. | | | | | Buy | 06/01/17 | J | | |
| 31. | | | | | Sold | 12/01/17 | J | | |
| 32. | | | | | Buy | 12/01/17 | J | | |
| 33.    -Small Cap Value (MSA/T Rowe Price) B | | None | J | T | Sold | 06/01/17 | J | | |
| 34. | | | | | Buy | 06/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/01/17 | J | | |
| 36. | | | | | Buy | 12/01/17 | J | | |
| 37. - International Equity (MSA/ Franklin Tmpl) B | None | J | T | | Sold | 06/01/17 | J | | |
| 38. | | | | | Buy | 06/01/17 | J | | |
| 39. | | | | | Sold | 12/01/17 | J | | |
| 40. | | | | | Buy | 12/01/17 | J | | |
| 41. - Select Bond (MSA/Wells Capital Management) B | None | L | T | | Sold | 06/01/17 | L | | |
| 42. | | | | | Buy | 06/01/17 | L | | |
| 43. | | | | | Sold | 12/01/17 | L | | |
| 44. | | | | | Buy | 12/01/17 | L | | |
| 45. - Strategic Bod (RIF)-B (formerly Russell Core Bond - B) | None | L | T | | Sold | 06/01/17 | L | | |
| 46. | | | | | Buy | 06/01/17 | L | | |
| 47. | | | | | Sold | 12/01/17 | L | | |
| 48. | | | | | Buy | 12/01/17 | L | | |
| 49. - High Yield Bond (MSA/Federated Inv.) B | None | J | T | | Sold | 06/01/17 | J | | |
| 50. | | | | | Buy | 06/01/17 | J | | |
| 51. | | | | | Sold | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/01/17 | J | | |
| 53.    - Equity Income (MSA/T Rowe Price) A | | None | J | T | Sold | 06/01/17 | J | | |
| 54. | | | | | Buy | 06/01/17 | J | | |
| 55. | | | | | Sold | 12/01/17 | J | | |
| 56. | | | | | Buy | 12/01/17 | J | | |
| 57.    - Index 500 Stock (MSA) A | | None | J | T | Sold | 06/01/17 | J | | |
| 58. | | | | | Buy | 06/01/17 | J | | |
| 59. | | | | | Sold | 12/01/17 | J | | |
| 60. | | | | | Buy | 12/01/17 | J | | |
| 61.    - Mid-Cap Value (MSA/American Century) A | | None | J | T | Sold | 06/01/17 | J | | |
| 62. | | | | | Buy | 06/01/17 | J | | |
| 63. | | | | | Sold | 12/01/17 | J | | |
| 64. | | | | | Buy | 12/01/17 | J | | |
| 65.    -Small Cap Value (MSA/T Rowe Price) A | | None | J | T | Sold | 06/01/17 | J | | |
| 66. | | | | | Buy | 06/01/17 | J | | |
| 67. | | | | | Sold | 12/01/17 | J | | |
| 68. | | | | | Buy | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - International Equity (MSA/ Franklin Tmpl) A | None | | J | T | Sold | 06/01/17 | J | | |
| 70. | | | | | Buy | 06/01/17 | J | | |
| 71. | | | | | Sold | 12/01/17 | J | | |
| 72. | | | | | Buy | 12/01/17 | J | | |
| 73.  - Select Bond (MSA/Wells Capital Management) A | None | | K | T | Buy (add'l) | 01/27/17 | J | | |
| 74. | | | | | Sold | 06/01/17 | K | | |
| 75. | | | | | Buy | 06/01/17 | K | | |
| 76. | | | | | Sold | 12/01/17 | K | | |
| 77. | | | | | Buy | 12/01/17 | K | | |
| 78.  - Strategic Bod (RIF)-A (formerly Russell Core Bond - A) | None | | K | T | Buy (add'l) | 01/27/17 | J | | |
| 79. | | | | | Sold | 06/01/17 | J | | |
| 80. | | | | | Buy | 06/01/17 | K | | |
| 81. | | | | | Sold | 12/01/17 | K | | |
| 82. | | | | | Buy | 12/01/17 | K | | |
| 83.  - High Yield Bond (MSA/Federated Inv.) A | None | | J | T | Sold | 06/01/17 | J | | |
| 84. | | | | | Buy | 06/01/17 | J | | |
| 85. | | | | | Sold | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/01/17 | J | | |
| 87. Northwestern Mutual Fixed Annuity - Rollover IRA | | None | N | T | | | | | |
| 88. Northwester Mutual Fixed Retirement Annuity #1 - Rollover | | None | M | T | | | | | |
| 89. Northwestern Mutual Investment Account (H) | | | | | | | | | |
| 90. - General Money Market Fund Class B | A | Interest | J | T | | | | | |
| 91. - American Century Intermediate-Term Tax Free Bond Fund | A | Int./Div. | J | T | | | | | |
| 92. - Dodge & Cox International Fund | A | Int./Div. | J | T | | | | | |
| 93. - Europacific Growth Fund Class F | A | Int./Div. | J | T | | | | | |
| 94. - Fidelity Advisor New Insights Fund Class 1 | A | Int./Div. | J | T | | | | | |
| 95. - Fidelity Advisor Limited Term Muni Income Fund Class 1 | A | Int./Div. | J | T | | | | | |
| 96. - Fidelity Advisor Intermediate Muni Income Fund Class 1 | A | Int./Div. | J | T | | | | | |
| 97. - Franklin Federal Intermediate-Term Tax Free Income Fund | A | Int./Div. | J | T | | | | | |
| 98. - John Hancock Disciplined Value Mid Cap Fund Class 1 | A | Int./Div. | J | T | | | | | |
| 99. - MFS Value Fund Class 1 | A | Int./Div. | J | T | | | | | |
| 100. - New World Fund Class F | A | Int./Div. | J | T | Sold | 03/13/17 | J | A | |
| 101. - T-Rowe Price Tax Free High Yield | A | Int./Div. | J | T | | | | | |
| 102. - T-Rowe Price Real Estate | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Northwestern Mutual Fixed Retirement Annuity #2 - Rollover | | None | N | T | | | | | |
| 104. Northwestern Mutual Fixed Retirement Annuity #3 - Rollover | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 - Premiums paid for 2017 equal $27,888.

Part VII, Lines 10-19 - Because 401-k deferrals and employer matches were deposited monthly, amounts were invested in these securities each month.

Part VII, Line 9 - Royalties received from the DD Oil Company and from Offutt #2.

Part VII, Line 45 - Pursuant to a name change, Strategic Bod (RIF)-B was formerly known as Russell Core Bond - B

Part VII, Line 78 - Pursuant to a name change, Strategic Bod (RIF)-A was formerly known as Russell Core Bond - A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Eifert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544